<div style="writing-mode: vertical">ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP</div>

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| LOUIS TAXNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN G. STUMPF *and/or his successor,* individually, and in his official capacity as PRES/CEO OF WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE INC., *an ens legis being used to conceal fraud, and* Wells Fargo Alternative Loan 2007-PA4 (REMIC), and WORLD SAVINGS BANK, FSB<br><br>MARGARET PADILLA, *and/or her successor,* individually, and in her official capacity as PRESIDENT OF CAL-WESTERN RECONVEYANCE CORP. *an ens legis being used to conceal fraud, as Trustee for* Wells Fargo Alternative Loan 2007-PA4 (REMIC); John Does, Investors 1-100,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-01721-CAS-PJW<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*[The Honorable Christina A. Snyder, District Judge, Courtroom 5]* |

On March 5, 2012, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (originally erroneously named separately as "Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage Inc." and "World Savings Bank, FSB" and erroneously sued as "Wells Fargo Alternative Loan 2007-PA4 (REMIC)" and now erroneously named separately as "World Savings Bank, FSB, a foreign corporation" and "Wachovia, a foreign corporation") ("Wells Fargo"), to dismiss plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.

2. Plaintiff Louis Taxner will take nothing from defendant Wells Fargo in this action; and

3. Each side shall bear its own attorneys' fees and costs.

Dated: March 8, 2012

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE